```
                    UNITED STATES DISTRICT COURT       FILED
                    FOR THE DISTRICT OF COLUMBIA       JUL 10 2019
```

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SURF MOORE,                         )
                                    )
            Plaintiff,              )
                                    )
    vi.                             )   Civil Action No. 19-1922 (UNA)
                                    )
BARR, et al.,                       )
                                    )
            Defendants.             )

## MEMORANDUM OPINION

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint carefully, the Court concludes that what factual contentions are identifiable, such as the plaintiff's assertion that the defendants are "using transmitter recording devices to hear if [he] is purchasing crude oil for 100 million on the stock market," Compl. ¶ 5, are baseless and wholly incredible.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i). An Order is issued separately.

_____
United States District Judge

DATE: July ___, 2019